# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) CASE NO. 5:23-CR-11 (MTT) |
| | ) |
| JEFFREY ARTHUR OSMUS, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## ORDER

The parties have jointly moved the Court to continue this case to the next trial term. Doc. 15. The defendant was indicted on March 14, 2023, and had his arraignment in this Court on April 6, 2023. Docs. 1; 10. No prior continuances have been granted. The parties now move the Court to continue this case to the next trial term to provide additional time for the defendant's counsel to receive and review discovery. Doc. 15 at 1.

Pursuant to 18 U.S.C. § 3161(h)(7)(A), the Court finds the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant to a speedy trial. Accordingly, the motion (Doc. 15) is **GRANTED**. The case is continued from the April term until the Court's trial term presently scheduled for **July 17, 2023**. The corresponding delay shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161 *et seq*.

**SO ORDERED**, this 11th day of April, 2023.

S/ Marc T. Treadwell
MARC T. TREADWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT